STATE OF CONNECTICUT *v.* GREGORY DELOS SANTOS
(12027)

DUPONT, C. J., FOTI and HEIMAN, Js.

Argued October 5—decision released October 26, 1993

*Michael R. Hasse,* special public defender, for the appellant (defendant).

*David J. Sheldon,* assistant state's attorney, with whom, on the brief were *C. Robert Satti, Sr.,* state's attorney, and *Marcia A. Pillsbury,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.